UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FELIX ERNESTO SOSA,

        Petitioner,

                              CASE NO. 02-CV-71797-DT
v.                              HONORABLE ARTHUR J. TARNOW

KURT JONES,

        Respondent.
_____/

**OPINION AND ORDER OF DISMISSAL**

      This matter is before the Court to determine whether this previously stayed habeas case should be permanently closed. Upon stipulation of the parties, this case was held in abeyance pending the completion of Petitioner's parole and administratively closed in August, 2013. In that order, the parties indicated that Petitioner was scheduled to complete his parole in October, 2014. They also agreed that upon completion of Petitioner's parole, the case should be permanently closed. The parties have not updated the Court about the status of Petitioner's parole. Consequently, the Court has re-opened this case to determine whether Petitioner has completed his parole term and been discharged from state custody.

      Having reviewed the matter, the Court finds that Petitioner completed his parole and was discharged from state custody on October 19, 2014. *See* Offender Profile, Michigan Department of Corrections Offender Tracking Information System ("OTIS"),

http://mdocweb.state.mi.us/OTIS2/otis2profile.aspx?mdocNumber=185709. Thus, in keeping with the parties' stipulation, this case shall be permanently closed. There is no further relief to be granted. Accordingly, the Court **DISMISSES WITH PREJUDICE** this case and **DIRECTS** that it be permanently closed. The Court also **DENIES** a certificate of appealability.

   **IT IS SO ORDERED.**


   s/Arthur J. Tarnow
   Arthur J. Tarnow
   Senior United States District Judge

Dated: July 9, 2015

I hereby certify that a copy of the foregoing document was served upon parties/counsel of record on July 9, 2015, by electronic and/or ordinary mail.

   s/Catherine A. Pickles
   Judicial Assistant